

# Fourth Court of Appeals

## San Antonio, Texas

May 11, 2015

No. 04-15-00181-CR

Genevieve Marie **PANTOJA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4434
Honorable Steve Hilbig, Judge Presiding

## O R D E R

On May 4, 2015, appellant's appointed counsel, Richard B. Dulany Jr. of the Bexar County Public Defender's Office, moved to withdraw as appellate counsel due to a conflict of interest. We agreed there is an existing conflict and therefore granted counsel's motion. *See* TEX. R. APP. P. 6.5. Because appellant is indigent, new appellate counsel had to be appointed.

Accordingly, we ordered the appeal abated and remanded to the trial court for appointment of new counsel. On May 7, 2015, the trial court appointed Richard E. Langlois to represent appellant, and the district clerk filed a supplemental record in this court containing the order of appointment. At the time the appeal was abated, the complete appellate record had been filed. Accordingly, appellant's brief was due to be filed. We therefore **ORDER** the appeal reinstated and further **ORDER** appellant to file appellant's brief in this court on or before **June 10, 2015**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court